393 P.3d 1023

**STATE of Hawai'i, Plaintiff-Appellee,**

v.

**Whiston Kawainue KAWAA, Jr., Defendant-Appellant.**

**NO. CAAP-14-0000917**

Intermediate Court of Appeals of Hawai'i.

April 28, 2017

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CRIMINAL NO. 12-1-1573)

MEMORANDUM OPINION

Affirm.